1  GARG GOLDEN LAW FIRM
   ANTHONY B. GOLDEN, ESQ.
2  Nevada Bar No. 9563
   AMANDA J. BROOKHYSER, ESQ.
3  Nevada Bar No. 11526
   3145 St. Rose Parkway, Suite 230
4  Henderson, Nevada 89052
   Tel:  (702) 850-0202
5  Fax:  (702) 850-0204
   Email: agolden@garggolden.com
6  Email: abrookhyser@garggolden.com

7  Counsel for Plaintiff

8                    UNITED STATES DISTRICT COURT

9                           DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY DENNIS, an individual, | 2:20-CV-01032-JCM-BNW |
| Plaintiff, | **STIPULATION TO EXTEND TIME** |
| vs. | |
| MISSION SUPPORT AND TEST SERVICES, LLC; TODD KUHNWALD, P.A., an individual, | |
| Defendants. | |

COMES NOW, Plaintiff JEFFREY DENNIS, by and through his counsel of record GARG GOLDEN LAW FIRM, and Defendants MISSION SUPPORT AND TEST SERVICES, LLC, and TODD KUHNWALD, P.A., by and through their counsel of record WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, and hereby stipulate to extend the time for Plaintiff to file an Opposition to Defendants' Motion to Dismiss (Dkt. No. 5) and extend the time for Defendants to file an Opposition to Plaintiff's Motion to Remand (Dkt. No. 4).  Good cause exists for these extensions, as the parties attempted to work out some of the issues prior to briefing, but could not.

Garg Golden Law Firm
3145 Saint Rose Parkway
Suite #230
Henderson, Nevada 89052
(702) 850-0202

1 of 2

1    The Oppositions will now be due on **July 10, 2020.**

3    Dated this 24th day of June, 2020.                    Dated this 24th day of June, 2020.
     WILSON ELSER MOSKOWITZ EDELMAN               GARG GOLDEN LAW FIRM
4    & DICKER LLP

     By: */s/ Sheri Thome, Esq.*                                  By  */s/ Amanda J. Brookhyser*
6    SHERI THOME, ESQ.                                            AMANDA J. BROOKHYSER, ESQ.
     Nevada Bar No. 8657                                          Nevada Bar No. 11526
7    6689 Las Vegas Blvd. South, Suite 200                        3145 St. Rose Parkway, Suite 230
     Las Vegas, Nevada 89119                                      Henderson, Nevada 89052
8    Counsel for Defendants                                       (702) 850-0202
                                                                  Counsel for Plaintiff

10       **IT IS SO ORDERED**

11       DATED  June 26, 2020.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

15   Respectfully Submitted By:
16   GARG GOLDEN LAW FIRM

     */s/ Amanda J. Brookhyser*
18   ANTHONY B. GOLDEN, ESQ.
     Nevada Bar No. 9563
19   AMANDA J. BROOKHYSER, ESQ.
     Nevada Bar No. 11526
20   3145 St. Rose Parkway, Suite 230
     Henderson, Nevada 89052
21   Tel:  (702) 850-0202
     Fax:  (702) 850-0204
22   Email: agolden@garggolden.com
     Email: abrookhyser@garggolden.com

     Counsel for Plaintiff

Garg Golden Law Firm
3145 Saint Rose Parkway
Suite #230
Henderson, Nevada 89052
(702) 850-0202

2 of 2