Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chris J. Richardson, Esq.
Nevada Bar No. 009166
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Chris.Richardson@wilsonelser.com
*Attorneys for Defendants*
*Mission Support and Test Services, LLC and*
*Todd Kuhnwald, P.A.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY DENNIS, an individual,<br><br>           Plaintiff,<br><br>vs.<br><br>MISSION SUPPORT AND TEST SERVICES, LLC; TODD KUHNWALD, P.A., an individual,<br><br>           Defendants. | Case No.   2:20-cv-01032-JCM-BNW<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLIES**<br><br>**(First Request)** |

Defendants Mission Support and Test Services, LLC ("MSTS") and Todd Kuhnwald, P.A. ("Mr. Kuhnwald") (collectively "Defendants") by and through their attorneys of record, Sheri M. Thome, Esq. and Chris J. Richardson, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and Plaintiff Jeffrey Dennis ("Plaintiff"), by and through his attorneys of record, Anthony B. Golden, Esq. and Amanda J. Brookhyser, Esq., of Garg Golden Law Firm, hereby stipulate to extend time for Defendants to file their Reply in Support of their Motion to Dismiss (ECF No. 5) and extend time for Plaintiff to file a Reply in Support of his Motion to Remand (ECF No. 4).  Good cause exists for these extensions as the parties need additional time to prepare briefing and have their clients review and approve same for filing with the Court.

/ / /

/ / /

1625752v.1

The Replies will now be due on **July 23, 2020**.

Dated this 15th day of July, 2020.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*/s/ Sheri M. Thome*_____
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chris J. Richardson, Esq.
Nevada Bar No. 009166
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Email: sheri.thome@wilsonelser.com
Email: chris.richardson@wilsonelser.com
*Attorneys for Defendants Mission Support and Test Services, LLC and Todd Kuhnwald, P.A.*

Dated this 15th day of July, 2020.

GARG GOLDEN LAW FIRM

*/s/ Amanda J. Brookhyser*_____
Anthony B. Golden, Esq.
Nevada Bar No. 009563
Amanda J. Brookhyser, Esq.
Nevada Bar No. 011526
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Telephone: (702) 850-0202
Facsimile: (702) 850-0204
Email: agolden@garggolden.com
Email: abrookhyser@garggolden.com
*Attorneys for Plaintiff Jeffrey Dennis*

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 15, 2020 _____

-2-

1625752v.1